CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
PAM ESTES



## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/8/2015 12:00:54 PM
PAM ESTES
Clerk

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

September 28, 2015

Ms. Lori Oliver
District Clerk
Shelby County
P. O. Drawer 1953
Center, TX 75935
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:          12-13-00075-CV
          Trial Court Case Number:   08CV30,196

**Style:**   Key Energy Services, LLC
             v.
             Shelby County Appraisal District and John Leggett and Deborah Leggett

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Mr. Joshua Carden (DELIVERED VIA E-MAIL)
C Mr. Peter W. Low (DELIVERED VIA E-MAIL)
:  Mr. Andrew E. Lemanski (DELIVERED VIA E-MAIL)

Mandate executed on _29th_ day of _September_____, 2015.

Brief explanation of action taken: _File marked and entered into_

_System_____District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us